**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF ALABAMA

Case number *(if known)* _____ Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Elegant Beginnings, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-1678144** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2370 Hillcrest Road**<br>**Suite K**<br>**Mobile, AL 36695**<br>Number, Street, City, State & ZIP Code | **2965 Scott Planation Drive S**<br>**Mobile, AL 36695**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Mobile**<br>County | Location of principal assets, if different from principal place of business<br>**2370 Hillcrest Road, Ste K Mobile, AL 36695**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4561__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | **Elegant Beginnings, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion

■ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 27, 2023**
               MM / DD / YYYY

**X** **/s/ Ellen D. Moses**                          **Ellen D. Moses**
Signature of authorized representative of debtor       Printed name

Title    **Agent**

**18. Signature of attorney**

**X** **/s/ Frances Hoit Hollinger**                 Date    **April 27, 2023**
Signature of attorney for debtor                             MM / DD / YYYY

**Frances Hoit Hollinger HOLLF4824**
Printed name

**Frances Hoit Hollinger, LLC**
Firm name

**Post Office Box 2028**
**Mobile, AL 36652-2028**
Number, Street, City, State & ZIP Code

Contact phone    **(251) 432-8878**    Email address    **FranHollinger@aol.com**

**HOLLF4824 AL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **Elegant Beginnings, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ALABAMA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 27, 2023**      X **/s/ Ellen D. Moses**
                                           Signature of individual signing on behalf of debtor

                                           **Ellen D. Moses**
                                           Printed name

                                           **Agent**
                                           Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Elegant Beginnings, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF ALABAMA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................    $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................    $      **104,042.32**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................    $      **104,042.32**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................    $      **181,400.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$      **113,831.23**

4. **Total liabilities** ........................................................................................................
Lines 2 + 3a + 3b      $      **295,231.23**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Fill in this information to identify the case:

Debtor name  **Elegant Beginnings, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF ALABAMA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:      Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **PNC Bank** | **Checking** | 9596 | $7,019.30 |
| 3.2. | **Wells Fargo Bank** | **Checking** | 0022 | $3,528.15 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$10,547.45**

### Part 2:      Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:      Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 5,109.62 | - | 2,554.81 | = .... | $2,554.81 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 18,661.00 | - | 9,330.50 | = .... | $9,330.50 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 6,317.66 | - | 3,158.83 | = .... | $3,158.83 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                    **$15,044.14**

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** Inventory cost of stock was $35,247.64  retail value 70,450.73 | 4/1/23 | $35,247.64 | Replacement | $70,450.73 |
| 22.   **Other inventory or supplies** | | | | |

23.    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.                    **$70,450.73**

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office furniture and supplies** | $0.00 | | $8,000.00 |

| | | |
|---|---|---|
| 40. | **Office fixtures** | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | $8,000.00 |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Elegant Beginnings, LLC**     Case number *(If known)* _____

Name

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,547.45 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $15,044.14 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $70,450.73 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $104,042.32 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $104,042.32 |

Fill in this information to identify the case:

Debtor name **Elegant Beginnings, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ALABAMA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

| | | Column A | Column B |
| --- | --- | --- | --- |
| **2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

| 2.1 | **SBA** | Describe debtor's property that is subject to a lien | $181,400.00 | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**1441 L St NW**
**Washington, DC 20416**

Creditor's mailing address

**Assets of business,**

Describe the lien
**Security agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022**
**Last 4 digits of account number**
**8006**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$181,400.00**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

Case 23-10950    Doc 1    Filed 04/27/23    Entered 04/27/23 13:01:42    Desc Main
Document      Page 13 of 49

**Fill in this information to identify the case:**

Debtor name    **Elegant Beginnings, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ALABAMA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**A-1 McDuffie**<br>**4102 Azalea Park Court**<br>**Semmes, AL 36575**<br><br>Date(s) debt was incurred  **2023**<br>Last 4 digits of account number  **8273** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Utililty**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$80.00** |
| **3.2** Nonpriority creditor's name and mailing address<br>**Ability Network**<br>**PO Box 856015**<br>**Minneapolis, MN 55485**<br><br>Date(s) debt was incurred  **2023**<br>Last 4 digits of account number  **2380** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Medical billing service - paid to June 30, 2023**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$1.00** |
| **3.3** Nonpriority creditor's name and mailing address<br>**ADT**<br>**P.O. Box 371490**<br>**Pittsburgh, PA 15250**<br><br>Date(s) debt was incurred  **2023**<br>Last 4 digits of account number  **3245** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Alarm Services**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$1,141.52** |
| **3.4** Nonpriority creditor's name and mailing address<br>**American Breast Care**<br>**2140 Newmarket Pkwy SE**<br>**Suite 122**<br>**Marietta, GA 30067**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **7118** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Outstanding Balance**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$6,920.65** |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $999.39 |
|---|---|---|---|

**Amoena USA Corporation**
**1000 Cobb Place Blvd.**
**Suite 200**
**Kennesaw, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Outstanding Balance**

Last 4 digits of account number **6695**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141.27 |
|---|---|---|---|

**Angela D. Young**
**3962 Harmony Ridge Circle E**
**Semmes, AL 36575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Refund Owed**

Last 4 digits of account number **1073**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $538.00 |
|---|---|---|---|

**Anita International Corporation**
**63645 NW 6th Way**
**Suite 300**
**Fort Lauderdale, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Outstanding Balance**

Last 4 digits of account number **3017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141.87 |
|---|---|---|---|

**Anne Gill**
**251 Levert St.**
**Mobile, AL 36607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Refund Owed**

Last 4 digits of account number **1002**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.70 |
|---|---|---|---|

**Anne Gill**
**251 Levert St.**
**Mobile, AL 36607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Refund Owed**

Last 4 digits of account number **1009**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $378.00 |
|---|---|---|---|

**Apple Financial Services**
**1111 Ole Eale School Road**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Loan**

Last 4 digits of account number **7760**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Apple Financial Services**
**1111 Ole Eagle School Road**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Monthly contract for services**

Last 4 digits of account number **2551**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Elegant Beginnings, LLC**                                    Case number *(if known)* _____

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13.17** |

**3.12**

Nonpriority creditor's name and mailing address

**Barbara Nygard**
**26250 Hwy 613**
**Lucedale, MS 39452**

Date(s) debt was incurred **2023**

Last 4 digits of account number **1246**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Refund owed**

Is the claim subject to offset? ■ No ☐ Yes

**$13.17**

---

**3.13**

Nonpriority creditor's name and mailing address

**Beatrice A Dees**
**8609 Tumbridge Wells Dr. S.**
**Semmes, AL 36575**

Date(s) debt was incurred **2023**

Last 4 digits of account number **1121**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Refund Owed**

Is the claim subject to offset? ■ No ☐ Yes

**$66.40**

---

**3.14**

Nonpriority creditor's name and mailing address

**Becky Bailey**
**5649 Bentley Ct.**
**Mobile, AL 36609**

Date(s) debt was incurred **2023**

Last 4 digits of account number **1109**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Refund Owed**

Is the claim subject to offset? ■ No ☐ Yes

**$7.94**

---

**3.15**

Nonpriority creditor's name and mailing address

**Beverly Carter**
**4042  Henning Dr. S.**
**Mobile, AL 36619**

Date(s) debt was incurred **2023**

Last 4 digits of account number **954**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Refund Owed**

Is the claim subject to offset? ■ No ☐ Yes

**$31.87**

---

**3.16**

Nonpriority creditor's name and mailing address

**Bobbie Wamble**
**11478 Glenwood Ct.**
**Wilmer, AL 36587**

Date(s) debt was incurred **2023**

Last 4 digits of account number **518**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Refund Owed**

Is the claim subject to offset? ■ No ☐ Yes

**$11.89**

---

**3.17**

Nonpriority creditor's name and mailing address

**Brenda  Craig**
**539 Tallapoosa St.**
**Mobile, AL 36610**

Date(s) debt was incurred **2023**

Last 4 digits of account number **1034**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Refund Owed**

Is the claim subject to offset? ■ No ☐ Yes

**$15.60**

---

**3.18**

Nonpriority creditor's name and mailing address

**Carolyn A. Smith**
**7767 Juniper Creek Dr. E**
**Wilmer, AL 36587**

Date(s) debt was incurred **2023**

Last 4 digits of account number **673**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Refund Owed**

Is the claim subject to offset? ■ No ☐ Yes

**$23.13**

**3.19**

**Nonpriority creditor's name and mailing address**
Carol A. McAndrew
2008 Tulane Dr.
Gautier, MS 39553

Date(s) debt was incurred **2023**

Last 4 digits of account number **1174**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Refund Owed**

Is the claim subject to offset? ■ No ☐ Yes

**$27.79**

---

**3.20**

**Nonpriority creditor's name and mailing address**
Carolyn A Smith
7767 Juniper Creek Dr. E.
Wilmer, AL 36587

Date(s) debt was incurred **2023**

Last 4 digits of account number **1186**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Refund Owed**

Is the claim subject to offset? ■ No ☐ Yes

**$10.52**

---

**3.21**

**Nonpriority creditor's name and mailing address**
Carolyn D. Greene
4344 Highpoint Blvd
Eight Mile, AL 36613

Date(s) debt was incurred **2023**

Last 4 digits of account number **870**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Refund Owed**

Is the claim subject to offset? ■ No ☐ Yes

**$176.47**

---

**3.22**

**Nonpriority creditor's name and mailing address**
Castle Technology Partners
26376 Pollard Road
Daphne, AL 36526

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Technology Support**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.23**

**Nonpriority creditor's name and mailing address**
Cathy Smith
220 Lexington Ave
Mobile, AL 36603

Date(s) debt was incurred **2023**

Last 4 digits of account number **569**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Refund Owed**

Is the claim subject to offset? ■ No ☐ Yes

**$3.90**

---

**3.24**

**Nonpriority creditor's name and mailing address**
Catrina Taylor
135 McIntyre Ave Apt 1
Jackson, AL 36545

Date(s) debt was incurred **2023**

Last 4 digits of account number **1052**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Refund Owed**

Is the claim subject to offset? ■ No ☐ Yes

**$74.75**

---

**3.25**

**Nonpriority creditor's name and mailing address**
Cheryl Wiley
2170 Jewel Court
Mobile, AL 36617

Date(s) debt was incurred **2023**

Last 4 digits of account number **858**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Refund owed**

Is the claim subject to offset? ■ No ☐ Yes

**$17.21**

| Debtor | Elegant Beginnings, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.26**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Comcast**
**2605 Circle Parkway SE**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Utility**

**Last 4 digits of account number  XXXX**

Is the claim subject to offset?  ■ No  ☐ Yes

$189.00

---

**3.27**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Connie F Auld**
**7351 Highgate Dr. N**
**Irvington, AL 36544**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Refund Owed**

**Last 4 digits of account number  949**

Is the claim subject to offset?  ■ No  ☐ Yes

$37.74

---

**3.28**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Daisy J. Woods**
**1217 Rich Ave**
**Mobile, AL 36610**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Refund Owed**

**Last 4 digits of account number  798**

Is the claim subject to offset?  ■ No  ☐ Yes

$11.70

---

**3.29**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Dana S. Thompson**
**16826 Hammel Dr.**
**Summerdale, AL 36580**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Refund Owed**

**Last 4 digits of account number  1317**

Is the claim subject to offset?  ■ No  ☐ Yes

$67.59

---

**3.30**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Deborah Giles**
**674 Chin St.**
**Mobile, AL 36610**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Refund Owed**

**Last 4 digits of account number  887**

Is the claim subject to offset?  ■ No  ☐ Yes

$3.96

---

**3.31**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Deborah Giles**
**674 Chin st.**
**Mobile, AL 36610**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Refund Owed**

**Last 4 digits of account number  886**

Is the claim subject to offset?  ■ No  ☐ Yes

$15.85

---

**3.32**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Debra Reed**
**9740 Jeremy Dr.**
**Semmes, AL 36575**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Refund Owed**

**Last 4 digits of account number  836**

Is the claim subject to offset?  ■ No  ☐ Yes

$11.70

---

| Debtor | Elegant Beginnings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40.62**

Dell Bradford
11570 Old Line Rd.
Dickinson, AL 36436

Date(s) debt was incurred __2023__

Last 4 digits of account number __868__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Refund Owed__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.13**

Deloris Reaves
463 Barcelona Dr
Satsuma, AL 36572

Date(s) debt was incurred __2023__

Last 4 digits of account number __742__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Refund Owed__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$87.80**

Diane H. Moore
5708 Regency Ct. S
Mobile, AL 36609

Date(s) debt was incurred __2023__

Last 4 digits of account number __1265__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Refund Owed__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

DME Works
3948 3rd Street
Suite 385
Jacksonville Beach, FL 32250

Date(s) debt was incurred __2023__

Last 4 digits of account number __379__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Billing services - paid through June 30, 2023__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16.60**

Dorothy Carey
1815 Kirby St. Apt  A
Mobile, AL 36606

Date(s) debt was incurred __2023__

Last 4 digits of account number __990__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Refund Owed__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13.96**

Dorothy L. Fields
14 Grady Dr.
Saraland, AL 36571

Date(s) debt was incurred __2023__

Last 4 digits of account number __924__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Refund Owed__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$103.37**

Dorothy White
7689 Oak Ridge Rd.
Mobile, AL 36609

Date(s) debt was incurred __2023__

Last 4 digits of account number __1306__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Refund Owed__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.57 |
|------|--------------------------------------------------|---------------------------------------------------------------------|--------|

**3.40** Nonpriority creditor's name and mailing address
**Edna M Morrissette**
**311 Change Church Rd.**
**Lower Peach Tree, AL 36751**

Date(s) debt was incurred **2023**

Last 4 digits of account number **1298**

As of the petition filing date, the claim is: *Check all that apply.* **$75.57**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Refund Owed**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address
**Elizabeth Peterson**
**305 Valley Rd.**
**Mobile, AL 36611**

Date(s) debt was incurred **2023**

Last 4 digits of account number **489**

As of the petition filing date, the claim is: *Check all that apply.* **$6.78**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Refund Owed**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** Nonpriority creditor's name and mailing address
**Elizabeth Peterson**
**305 Valley Rd**
**Mobile, AL 36611**

Date(s) debt was incurred **2023**

Last 4 digits of account number **707**

As of the petition filing date, the claim is: *Check all that apply.* **$17.72**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Refund Owed**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address
**Erin McWater**
**29 Hannon Ave**
**Mobile, AL 36604**

Date(s) debt was incurred **2023**

Last 4 digits of account number **578**

As of the petition filing date, the claim is: *Check all that apply.* **$19.28**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Refund Owed**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address
**Ethel Joiner**
**217 Durant Street**
**Mobile, AL 36607**

Date(s) debt was incurred **2023**

Last 4 digits of account number **644**

As of the petition filing date, the claim is: *Check all that apply.* **$7.82**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Refund Owed**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address
**Frances Greenough**
**3313 Autumn Ridge Dr. W.**
**Mobile, AL 36695**

Date(s) debt was incurred **2023**

Last 4 digits of account number **598**

As of the petition filing date, the claim is: *Check all that apply.* **$21.77**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Refund owed**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address
**Frances R. Griffin**
**1083 S. Magnolia St.**
**Loxley, AL 36551**

Date(s) debt was incurred **2023**

Last 4 digits of account number **957**

As of the petition filing date, the claim is: *Check all that apply.* **$50.18**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Refund Owed**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Elegant Beginnings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address<br>**Glenda B. Sewer**<br>**11970 Mose Lane N.**<br>**Grand Bay, AL 36541**<br><br>Date(s) debt was incurred **2023**<br>Last 4 digits of account number **757** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Refund Owed**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$17.77** |
|---|---|---|---|

| 3.48 | Nonpriority creditor's name and mailing address<br>**Glenda M. Nall**<br>**2176 Windmill Road**<br>**Frisco City, AL 36445**<br><br>Date(s) debt was incurred **2023**<br>Last 4 digits of account number **583** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Refund Owed**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$11.09** |
|---|---|---|---|

| 3.49 | Nonpriority creditor's name and mailing address<br>**Gloria S. Powell**<br>**2300 Philonese Thompson St.**<br>**Apt B**<br>**Mobile, AL 36610**<br><br>Date(s) debt was incurred **2023**<br>Last 4 digits of account number **1182** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Refund Owed**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$130.72** |
|---|---|---|---|

| 3.50 | Nonpriority creditor's name and mailing address<br>**Google**<br>**1600 Amphitheatre Pkwy**<br>**Mountain View, CA 94043**<br><br>Date(s) debt was incurred **2023**<br>Last 4 digits of account number **6813** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$24.00** |
|---|---|---|---|

| 3.51 | Nonpriority creditor's name and mailing address<br>**Jasma C. Wimberly**<br>**206 Page Ave**<br>**Mobile, AL 36607**<br><br>Date(s) debt was incurred **2023**<br>Last 4 digits of account number **1205** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Refund Owed**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15.60** |
|---|---|---|---|

| 3.52 | Nonpriority creditor's name and mailing address<br>**Jennifer Jasgur**<br>**100 Westwood St.**<br>**Mobile, AL 36606**<br><br>Date(s) debt was incurred **2023**<br>Last 4 digits of account number **1180** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Refund Owed**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$11.70** |
|---|---|---|---|

| 3.53 | Nonpriority creditor's name and mailing address<br>**Jessica D. Durant**<br>**111 O'Neal Rd.**<br>**Silas, AL 36919**<br><br>Date(s) debt was incurred **2023**<br>Last 4 digits of account number **1267** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Refund Owed**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7.80** |
|---|---|---|---|

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.60** |
|---|---|---|---|

**Joann J. Lewis**
**520 Harriet Ave**
**Mobile, AL 36610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **1192**

**Basis for the claim:**  **Refund Owed**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11.70** |
|---|---|---|---|

**Joann J. Lewis**
**520 Harriet Ave**
**Mobile, AL 36610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **838**

**Basis for the claim:**  **Refund Owed**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,494.94** |
|---|---|---|---|

**Jodee**
**363100 N 29th Avenue**
**Hollywood, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **4266**

**Basis for the claim:**  **Outstanding Balance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13.12** |
|---|---|---|---|

**Jody H Joye**
**178 Antioch Rd.**
**Lucedale, MS 39452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **1300**

**Basis for the claim:**  **Refund Owed**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.85** |
|---|---|---|---|

**Judy H. Moseley**
**4025 Mobiel Cut-off Rd.**
**Saint Stephens, AL 36569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **1230**

**Basis for the claim:**  **Refund Owed**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7.80** |
|---|---|---|---|

**Kacheda Kidd**
**2653 Eldorado Dr.**
**Mobile, AL 36605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **531**

**Basis for the claim:**  **Refund Owed**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9.35** |
|---|---|---|---|

**Katherine Coats**
**4400 Sawyer Ave**
**Mobile, AL 36619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **1254**

**Basis for the claim:**  **Refund Owed**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27.56** |
|---|---|---|---|

**Lavonna D. Eriksen**
**2606 Calle De Feliz**
**Gautier, MS 39553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Refund Owed**

Last 4 digits of account number **1167**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24.59** |
|---|---|---|---|

**Lavonna D. Eriksen**
**2606 Calle De Feliz**
**Gautier, MS 39553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Refund Owed**

Last 4 digits of account number **718**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16.60** |
|---|---|---|---|

**Lavonna D. Eriksen**
**2606 Calle De Feliz**
**Gautier, MS 39553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Refund Owed**

Last 4 digits of account number **943**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16.60** |
|---|---|---|---|

**Linda Freeman**
**704 Glennwood St.**
**Mobile, AL 36606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Refund Owed**

Last 4 digits of account number **1046**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$129.70** |
|---|---|---|---|

**Lolita Hixon**
**4837 Adams Ave**
**Moss Point, MS 39563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Refund Owed**

Last 4 digits of account number **1149**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15.60** |
|---|---|---|---|

**Lucinda Tolbert**
**9128 Country Rd. 32**
**Pine Hill, AL 36769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Refund Owed**

Last 4 digits of account number **1248**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15.60** |
|---|---|---|---|

**Lynette S McCovery**
**2685 Hollybrook Dr.**
**Mobile, AL 36605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Refund Owed**

Last 4 digits of account number **951**

Is the claim subject to offset? ■ No ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.33 |

**Mae O. Walters**
**9180 Hellenic Way Apt 216**
**Semmes, AL 36575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **Refund Owed**

Last 4 digits of account number **510**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.11 |

**Margaret E. Rodgers**
**666 Marca Ct.**
**Fairhope, AL 36532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **Refund Owed**

Last 4 digits of account number **1120**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.00 |

**Margaret K. Prudhomme**
**764 Arbor Ct.**
**Mobile, AL 36609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **Refund Owed**

Last 4 digits of account number **1011**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.87 |

**Marilyn L. Curtis**
**2012 Parkview CV**
**Biloxi, MS 39532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **Refund Owed**

Last 4 digits of account number **1321**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.90 |

**Marla McRae**
**20370 Lonnie Walker Rd.**
**Citronelle, AL 36522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **Refund Owed**

Last 4 digits of account number **705**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.75 |

**Mary Cooper**
**2313 Cedar Key**
**Mobile, AL 36695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **Refund Owed**

Last 4 digits of account number **1198**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.90 |

**Mary R Lang**
**4111 Seabreeze Rd. N**
**Mobile, AL 36609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **Refund Owed**

Last 4 digits of account number **532**

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.60 |
|---|---|---|---|

**Megan Staley**
**6629 Woodside Court West**
**Theodore, AL 36582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Refund Owed**

Last 4 digits of account number **1237**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.05 |
|---|---|---|---|

**Melinda Wood**
**213 Patrician Dr.**
**Spanish Fort, AL 36527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Refund Owed**

Last 4 digits of account number **1303**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.37 |
|---|---|---|---|

**Mildred Hoven**
**23 Hoven Hills**
**Jackson, AL 36545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Refund Owed**

Last 4 digits of account number **651**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.24 |
|---|---|---|---|

**Nancy S. Bowden**
**11715 Celeste Road**
**Saraland, AL 36571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Refund Owed**

Last 4 digits of account number **1188**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.25 |
|---|---|---|---|

**Patricia R. Crews**
**P O Box 287**
**Escatawpa, MS 39552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Refund Owed**

Last 4 digits of account number **1264**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.16 |
|---|---|---|---|

**Peggy L. Spence**
**2719 Lloyds Lane**
**Mobile, AL 36693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Refund Owed**

Last 4 digits of account number **1274**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,877.33 |
|---|---|---|---|

**PNC Bank**
**P. O. Box 3180**
**Pittsburgh, PA 15230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Loan**

Last 4 digits of account number **9596**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Elegant Beginnings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.82** Nonpriority creditor's name and mailing address
Robert D. Brunson
12 Rickarby Place Apt 2
Mobile, AL 36606

Date(s) debt was incurred **2023**
Last 4 digits of account number **929**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Refund Owed**

Is the claim subject to offset? ☒ No ☐ Yes

**$9.00**

---

**3.83** Nonpriority creditor's name and mailing address
Rose B Gaines
307 E. Hickory St.
Bay Minette, AL 36507

Date(s) debt was incurred **2023**
Last 4 digits of account number **910**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Refund Owed**

Is the claim subject to offset? ☒ No ☐ Yes

**$10.94**

---

**3.84** Nonpriority creditor's name and mailing address
Rosemary Powell
904 Clark Ave
Apt 203
Bay Minette, AL 36507

Date(s) debt was incurred **2023**
Last 4 digits of account number **1189**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Refund owed**

Is the claim subject to offset? ☒ No ☐ Yes

**$72.53**

---

**3.85** Nonpriority creditor's name and mailing address
Ruth Dunbar
23400 Dunbar Rd.
Robertsdale, AL 36567

Date(s) debt was incurred **2023**
Last 4 digits of account number **1208**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Refund Owed**

Is the claim subject to offset? ☒ No ☐ Yes

**$8.61**

---

**3.86** Nonpriority creditor's name and mailing address
Shirley Arnold
8685 W. William St.
Citronelle, AL 36522

Date(s) debt was incurred **2023**
Last 4 digits of account number **888**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Refund Owed**

Is the claim subject to offset? ☒ No ☐ Yes

**$36.79**

---

**3.87** Nonpriority creditor's name and mailing address
Southern LightLLC a Uniti Company
107 St Francis Street, Ste 18000
Mobile, AL 36602-3315

Date(s) debt was incurred **2023**
Last 4 digits of account number **1292**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility services  - balance of service agreement**

Is the claim subject to offset? ☒ No ☐ Yes

**$9,061.10**

---

**3.88** Nonpriority creditor's name and mailing address
Southern View Media
9557 Kasey Court
Daphne, AL 36526

Date(s) debt was incurred **2023**
Last 4 digits of account number **379**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Outstanding Balance**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,241.00**

**3.89** Nonpriority creditor's name and mailing address

Suzanne Katz
1859 Pat Drive
Gautier, MS 39553

Date(s) debt was incurred **2023**

Last 4 digits of account number **1299**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Refund Owed**

Is the claim subject to offset? ■ No ☐ Yes

**$1.59**

---

**3.90** Nonpriority creditor's name and mailing address

Tammy L. Smith
9715 Lott Rd.
Wilmer, AL 36587

Date(s) debt was incurred **2023**

Last 4 digits of account number **786**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Refund Owed**

Is the claim subject to offset? ■ No ☐ Yes

**$7.80**

---

**3.91** Nonpriority creditor's name and mailing address

Teresa Cartee
19260 Highway 69
Coffeeville, AL 36524

Date(s) debt was incurred **2023**

Last 4 digits of account number **843**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Refund Owed**

Is the claim subject to offset? ■ No ☐ Yes

**$80.45**

---

**3.92** Nonpriority creditor's name and mailing address

The L Connection
8719 Terrell Court S
Mobile, AL 36695

Date(s) debt was incurred **2022**

Last 4 digits of account number **9633**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Computer - sold to company as new**

Is the claim subject to offset? ■ No ☐ Yes

**$176.23**

---

**3.93** Nonpriority creditor's name and mailing address

Tina D. Smith
6553 Kushla Oaks Dr.
Eight Mile, AL 36613

Date(s) debt was incurred **2023**

Last 4 digits of account number **496**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Refund Owed**

Is the claim subject to offset? ■ No ☐ Yes

**$14.04**

---

**3.94** Nonpriority creditor's name and mailing address

Trulife
2010 E. High Street
Jackson, MI 49203

Date(s) debt was incurred **2023**

Last 4 digits of account number **8654**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Outstanding Balance**

Is the claim subject to offset? ■ No ☐ Yes

**$110.47**

---

**3.95** Nonpriority creditor's name and mailing address

Vivian Felts
217 Whistler Street
Mobile, AL 36610

Date(s) debt was incurred **2023**

Last 4 digits of account number **641**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Refund Owed**

Is the claim subject to offset? ■ No ☐ Yes

**$3.90**

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,859.59 |
|---|---|---|---|

**Wells Fargo**
**420 Montgomery Street**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2023

**Basis for the claim:** Credit Card

Last 4 digits of account number  7851

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,860.65 |
|---|---|---|---|

**Wells Fargo Bank**
**Home Equity Group**
**1 Home Campus MAC X2303-01A**
**Des Moines, IA 50328-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2023

**Basis for the claim:** Business Line of Credit

Last 4 digits of account number  3014

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,444.00 |
|---|---|---|---|

**Wilkins Miller, LLC**
**41 West Interstate 65 Service Rd. North**
**Suite 400**
**Mobile, AL 36608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2022

**Basis for the claim:** Outstanding Balance

Last 4 digits of account
number  Elegant Beginnings

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.21 |
|---|---|---|---|

**Yolanda Witherspoon**
**17 Davis Ave**
**Saraland, AL 36571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2023

**Basis for the claim:** Refund Owed

Last 4 digits of account number  947

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 113,831.23 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 113,831.23 |

Case 23-10950    Doc 1    Filed 04/27/23    Entered 04/27/23 13:01:42    Desc Main
Document      Page 28 of 49

**Fill in this information to identify the case:**

Debtor name    **Elegant Beginnings, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF ALABAMA

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Security for building - reject contract** |
| State the term remaining | **3 years** |
| List the contract number of any government contract | **ADT Security**<br>**P O Box 371490**<br>**Pittsburgh, PA 15250** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for phone and internet services - terminated** |
| State the term remaining | |
| List the contract number of any government contract | **Southern LightLLC a Unti Company**<br>**107 St Francis Street, Ste 18000**<br>**Mobile, AL 36602-3315** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Lease on building - reject lease** |
| State the term remaining | |
| List the contract number of any government contract | **White-Spunner Realty**<br>**3201 Dauphin Street**<br>**Suite A**<br>**Mobile, AL 36606** |

**Fill in this information to identify the case:**

Debtor name    **Elegant Beginnings, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ALABAMA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

|  | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| **2.1** | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| **2.2** | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| **2.3** | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| **2.4** | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name  **Elegant Beginnings, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF ALABAMA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$14,307.01** |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$216,656.97** |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$227,748.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

---

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 1

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **The L Connectionm Inc, v, Lynn Moses dba Elegant Beginnings** 02 SM 2023-901737 | Collection action | **District Cout of Mobile County** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Frances H. Hollinger**<br>**P O Box 2028**<br>**Mobile, AL 36652** | $338.00 filing fee, $2,000.00 attorney fee | **March 15, 2023** | $2,338.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Anderson & Wells P C**<br>**6305 A Piccadilly Sq Drive**<br>**Mobile, AL 36609** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ellen Moses** | **2965 Scott Planatation Dr S Mobile, AL 36695** | Owner - | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Debtor | **Elegant Beginnings, LLC** | Case number *(if known)* | |
|--------|------------------------------|--------------------------|--|

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __April 27, 2023__

__/s/ Ellen D. Moses__
Signature of individual signing on behalf of the debtor

__Ellen D. Moses__
Printed name

Position or relationship to debtor    __Agent__

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Alabama

In re **Elegant Beginnings, LLC** _____  Case No. _____
                                        Debtor(s)       Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept _____  $ _____ **2,000.00**

   Prior to the filing of this statement I have received _____  $ _____ **2,000.00**

   Balance Due _____  $ _____ **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 27, 2023** _____            **/s/ Frances Hoit Hollinger**
*Date*                                        **Frances Hoit Hollinger HOLLF4824**
                                              *Signature of Attorney*
                                              **Frances Hoit Hollinger, LLC**
                                              **Post Office Box 2028**
                                              **Mobile, AL 36652-2028**
                                              **(251) 432-8878   Fax: (251) 410-6159**
                                              **FranHollinger@aol.com**
                                              *Name of law firm*

---

ALSB LBF 1007 (12/19)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ALABAMA

IN RE:

Debtor(s)  **Elegant Beginnings, LLC**

)    Case No.
)
)    Chapter: **7**
)

## <u>VERIFICATION OF OFFICIAL CREDITOR LIST (INITIAL OR SUPPLEMENTAL)</u>

■ Original
☐ Amendment
    ☐ Adding   ☐ Deleting

    I hereby certify under penalty of perjury that the master mailing list of creditors attached and/or uploaded to the Electronic Case Filing System is true, correct and complete to the best of my knowledge.

    I further acknowledge that (1) the accuracy and completeness of the creditor list are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor list for all mailings, and (3) the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

    If you are amending a previously-filed list of creditors, attach a list of only the creditor being added or deleted and indicate below <u>only</u> the number of creditors being added or deleted.

        ____ creditor(s) (or if amended, number of creditors added), as shown on attached list

        ____ creditor(s) to be deleted, as shown on attached list

| | |
|---|---|
| **/s/ Ellen D. Moses** | |
| Debtor Signature | Joint Debtor Signature |
| **/s/ Frances Hoit Hollinger** | **April 27, 2023** |
| Signature of Attorney | Date |

*[Check if applicable]*
☐ Creditors with foreign addresses included

1

# UNITED STATES BANKRUPTCY COURT
**SOUTHERN DISTRICT OF ALABAMA**

## OFFICIAL CREDITOR LIST GUIDELINES

The Official Creditor List must be provided to the court in electronic format and meet the requirements below:

- The name and address of each creditor must be five lines or fewer

- Each line may contain no more than 40 characters including spaces

- Names and addresses should be left justified (no leading spaces) with only one column of creditors

- If attention lines are used, they should appear on the second line of the address

- City, state, and ZIP code must be on the last line

- All states must be two-letter abbreviations

- If a nine-digit ZIP code is used, a hyphen must separate the first five digits from the last four digits

- DO NOT include the following names on the mailing list because they will be retrieved automatically by the court's computer system: debtor, joint debtor, attorney for debtor(s), Bankruptcy Administrator

Attorney Filers
Most bankruptcy preparation software packages can save the creditor list electronically in the proper format. Please check with your software company to see if you have this option.

Filers without an Attorney (Pro Se Debtors)
Filers without an attorney may submit a list of creditors to the clerk's office.

Verification of Creditor List
Each submission of an Official Creditor List shall be accompanied by a cover sheet or Verification of Official Creditor List in the format provided by the Clerk.

Amendments
Amendments to the Official Creditor List shall contain only names and addresses to be added to or deleted from the Official Creditor List and must comply with the requirements above

2

A-1 McDuffie
4102 Azalea Park Court
Semmes, AL 36575

Ability Network
PO Box 856015
Minneapolis, MN 55485

ADT
P.O. Box 371490
Pittsburgh, PA 15250

ADT Security
P O Box 371490
Pittsburgh, PA 15250

American Breast Care
2140 Newmarket Pkwy SE
Suite 122
Marietta, GA 30067

Amoena USA Corporation
1000 Cobb Place Blvd.
Suite 200
Kennesaw, GA 30144

Angela D. Young
3962 Harmony Ridge Circle E
Semmes, AL 36575

Anita International Corporation
63645 NW 6th Way
Suite 300
Fort Lauderdale, FL 33309

Anne Gill
251 Levert St.
Mobile, AL 36607

Apple Financial Services
1111 Ole Eale School Road
Wayne, PA 19087

Apple Financial Services
1111 Ole Eagle School Road
Wayne, PA 19087

Barbara Nygard
26250 Hwy 613
Lucedale, MS 39452

Beatrice A Dees
8609 Tumbridge Wells Dr. S.
Semmes, AL 36575

Becky Bailey
5649 Bentley Ct.
Mobile, AL 36609

Beverly Carter
4042  Henning Dr. S.
Mobile, AL 36619

Bobbie Wamble
11478 Glenwood Ct.
Wilmer, AL 36587

Brenda  Craig
539 Tallapoosa St.
Mobile, AL 36610

Carlolyn A. Smith
7767 Juniper Creek Dr. E
Wilmer, AL 36587

Carol A. McAndrew
2008 Tulane Dr.
Gautier, MS 39553

Carolyn A Smith
7767 Juniper Creek Dr. E.
Wilmer, AL 36587

Carolyn D. Greene
4344 Highpoint Blvd
Eight Mile, AL 36613

Castle Technology Partners
26376 Pollard Road
Daphne, AL 36526

Cathy Smith
220 Lexington Ave
Mobile, AL 36603

Catrina Taylor
135 McIntyre Ave Apt 1
Jackson, AL 36545

Cheryl  Wiley
2170 Jewel Court
Mobile, AL 36617

Comcast
2605 Circle Parkway SE
Charlotte, NC 28272

Connie F Auld
7351 Highgate Dr. N
Irvington, AL 36544

Daisy J. Woods
1217 Rich Ave
Mobile, AL 36610

Dana S. Thompson
16826 Hammel Dr.
Summerdale, AL 36580

Deborah Giles
674 Chin St.
Mobile, AL 36610

Debra Reed
9740 Jeremy Dr.
Semmes, AL 36575

Dell Bradford
11570 Old Line Rd.
Dickinson, AL 36436

Deloris Reaves
463 Barcelona Dr
Satsuma, AL 36572

Diane H. Moore
5708 Regency Ct. S
Mobile, AL 36609

DME Works
3948 3rd Street
Suite 385
Jacksonville Beach, FL 32250

Dorothy Carey
1815 Kirby St. Apt A
Mobile, AL 36606

Dorothy L. Fields
14 Grady Dr.
Saraland, AL 36571

Dorothy White
7689 Oak Ridge Rd.
Mobile, AL 36609

Edna M Morrissette
311 Change Church Rd.
Lower Peach Tree, AL 36751

Elizabeth Peterson
305 Valley Rd.
Mobile, AL 36611

Elizabeth Peterson
305 Valley Rd
Mobile, AL 36611

Erin McWater
29 Hannon Ave
Mobile, AL 36604

Ethel Joiner
217 Durant Street
Mobile, AL 36607

Frances Greenough
3313 Autumn Ridge Dr. W.
Mobile, AL 36695

Frances R. Griffin
1083 S. Magnolia St.
Loxley, AL 36551

Glenda B. Sewer
11970 Mose Lane N.
Grand Bay, AL 36541

Glenda M. Nall
2176 Windmill Road
Frisco City, AL 36445

Gloria S. Powell
2300 Philonese Thompson St.
Apt B
Mobile, AL 36610

Google
1600 Amphitheatre Pkwy
Mountain View, CA 94043

Jasma C. Wimberly
206 Page Ave
Mobile, AL 36607

Jennifer Jasgur
100 Westwood St.
Mobile, AL 36606

Jessica D. Durant
111 O'Neal Rd.
Silas, AL 36919

Joann J. Lewis
520 Harriet Ave
Mobile, AL 36610

Jodee
363100 N 29th Avenue
Hollywood, FL 33020

Jody H Joye
178 Antioch Rd.
Lucedale, MS 39452

Judy H. Moseley
4025 Mobiel Cut-off Rd.
Saint Stephens, AL 36569

Kacheda Kidd
2653 Eldorado Dr.
Mobile, AL 36605

Katherine Coats
4400 Sawyer Ave
Mobile, AL 36619

Lavonna D.  Eriksen
2606 Calle De Feliz
Gautier, MS 39553

Lavonna D. Eriksen
2606 Calle De Feliz
Gautier, MS 39553

Linda Freeman
704 Glennwood St.
Mobile, AL 36606

Lolita Hixon
4837 Adams Ave
Moss Point, MS 39563

Lucinda Tolbert
9128 Country Rd. 32
Pine Hill, AL 36769

Lynette  S McCovery
2685 Hollybrook Dr.
Mobile, AL 36605

Mae O. Walters
9180 Hellenic Way Apt 216
Semmes, AL 36575

Margaret E. Rodgers
666 Marca Ct.
Fairhope, AL 36532

Margaret K. Prudhomme
764 Arbor Ct.
Mobile, AL 36609

Marilyn L. Curtis
2012 Parkview CV
Biloxi, MS 39532

Marla McRae
20370 Lonnie Walker Rd.
Citronelle, AL 36522

Mary Cooper
2313 Cedar Key
Mobile, AL 36695

Mary R Lang
4111 Seabreeze Rd. N
Mobile, AL 36609

Megan Staley
6629 Woodside Court West
Theodore, AL 36582

Melinda Wood
213 Patrician Dr.
Spanish Fort, AL 36527

Mildred Hoven
23 Hoven Hills
Jackson, AL 36545

Nancy S. Bowden
11715 Celeste Road
Saraland, AL 36571

Patricia R. Crews
P O Box 287
Escatawpa, MS 39552

Peggy L. Spence
2719 Lloyds Lane
Mobile, AL 36693

PNC Bank
P. O. Box 3180
Pittsburgh, PA 15230

Robert D. Brunson
12 Rickarby Place Apt 2
Mobile, AL 36606

Rose B Gaines
307 E. Hickory St.
Bay Minette, AL 36507

Rosemary Powell
904 Clark Ave
Apt 203
Bay Minette, AL 36507

Ruth Dunbar
23400 Dunbar Rd.
Robertsdale, AL 36567

SBA
1441 L St NW
Washington, DC 20416

Shirley Arnold
8685 W. William St.
Citronelle, AL 36522

Southern LightLLC a Uniti Company
107 St Francis Street, Ste 18000
Mobile, AL 36602-3315

Southern LightLLC a Unti Company
107 St Francis Street, Ste 18000
Mobile, AL 36602-3315

Southern View Media
9557 Kasey Court
Daphne, AL 36526

Suzanne Katz
1859 Pat Drive
Gautier, MS 39553

Tammy L. Smith
9715 Lott Rd.
Wilmer, AL 36587

Teresa Cartee
19260 Highway 69
Coffeeville, AL 36524

The L Connection
8719 Terrell Court S
Mobile, AL 36695

Tina D. Smith
6553 Kushla Oaks Dr.
Eight Mile, AL 36613

Trulife
2010 E. High Street
Jackson, MI 49203

Vivian Felts
217 Whistler Street
Mobile, AL 36610

Wells Fargo
420 Montgomery Street
San Francisco, CA 94104

Wells Fargo Bank
Home Equity Group
1 Home Campus MAC X2303-01A
Des Moines, IA 50328-0001

White-Spunner Realty
3201 Dauphin Street
Suite A
Mobile, AL 36606

Wilkins Miller, LLC
41 West Interstate 65 Service Rd. North
Suite 400
Mobile, AL 36608

Yolanda Witherspoon
17 Davis Ave
Saraland, AL 36571

# United States Bankruptcy Court
## Southern District of Alabama

In re  **Elegant Beginnings, LLC**

Debtor(s)

Case No. _____

Chapter  **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Elegant Beginnings, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

___April 27, 2023___
Date

**/s/ Frances Hoit Hollinger**
**Frances Hoit Hollinger HOLLF4824**
Signature of Attorney or Litigant
Counsel for   **Elegant Beginnings, LLC**
**Frances Hoit Hollinger, LLC**
**Post Office Box 2028**
**Mobile, AL 36652-2028**
**(251) 432-8878 Fax:(251) 410-6159**
**FranHollinger@aol.com**